NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ARTHUR CHRISTOPHER SAMUEL, JR., )
)
      Appellant, )
)
v. )   Case No. 2D18-1414
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed March 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.


PER CURIAM.

      Affirmed.


SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.